CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov
Counsel for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| APEMWOYAH KISOB ALARIC-LORENZO, | 2:21-cv-1519-APG-EJY |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL OF ACTION |
| v. | |
| LAURA ZUCHOWSKI, et al., | |
| Defendants. | |

Plaintiff Apemwoyah Kisob Alaric-Lorenzo, appearing pro se, and defendants, through their undersigned counsel, hereby stipulate and agree that this action may be dismissed with prejudice pursuant to Rule 41(a)(1), Fed.R.Civ.P., with each such party to bear their own costs and expenses of litigation, including attorneys' fees.

_____      _____
APEMWOYAH KISOB ALARIC-LORENZO       GREG ADDINGTON
Plaintiff, Pro se                    Assistant United States Attorney
                                     Counsel for defendants

IT IS SO ORDERED

Date: __October 22__, 2021

_____
UNITED STATES DISTRICT JUDGE

1